J. T. MUNSON V. C. METZ ET ALS.

(No. 1264, R. Book No. 4, p. 204.)

APPEAL from Grayson County. Opinion by WHITE, P. J.

§ 245. *Obstructing sewer, nuisance.* A party would not be justified in so obstructing a public sewer as to overflow and damage the property of others, even though the purpose was to prevent the sewer from becoming a nuisance. But to authorize a recovery against him in such case, the burden is upon the party complaining to establish, with reasonable certainty, that the overflow was caused by such obstructions.

November 24, 1882.        Reversed and remanded.

---

PHILLIPS & WARRICK V. P.·SASS.

(No. 1297, R. Book No. 4, p. 205.)

APPEAL from Lee County.   Opinion by WILLSON, J.

§ 246. *Costs on appeal from justice's court.* Where, on appeal to county court, the judgment of the justice is reduced, the appellant is entitled to recover his costs in the county court, unless the court for good cause, to be stated on the record, adjudge the costs otherwise. [Rev. Stats. arts. 1432, 1434.]

November 1, 1882.        Reversed and remanded.